Cayla J. Witty
Nevada Bar No. 12897
cayla.witty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants,*
*PT Nevada, Inc. and Curaleaf, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WREN KUHLMANN, an individual,<br>Plaintiff,<br>vs.<br>PT NEVADA, INC., a Delaware corporation; CURALEAF, INC., a Delaware corporation,<br>Defendants. | Case No.: 2:26-cv-02057-GMN-DJA<br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br>**(First Request)** |

Plaintiff Wren Kuhlmann, by and through her counsel of record, Greenberg Gross LLP, and Defendants PT Nevada, Inc., and Curaleaf, Inc., by and through their counsel of record, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby stipulate and agree as follows:

1. On or about July 7, 2026, Plaintiff filed her Complaint in the above-captioned action. On July 13, 2026, Curaleaf, Inc. was served with the Summons and Complaint through its registered agent, Corporation Service Company, in Carson City, Nevada.

2. Curaleaf, Inc. filed a motion to dismiss, ECF No. 10, on August 24, 2026, in accordance with the Court's Order, ECF No. 9. Plaintiff filed her Opposition on September 8, 2026. ECF No. 13.

///

///



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

3. Curaleaf, Inc.'s current deadline to file its reply in support of its Motion to Dismiss is Tuesday, September 15, 2026.

4. Curaleaf, Inc. requires additional time to file its reply in light of transfer of counsel on this matter. Plaintiff's counsel has graciously agreed to a two-week extension of the filing deadline to avoid any confusion in this matter.

4. This is the first request for an extension of time for Defendants to file their reply in support of their Motion to Dismiss. This stipulation is made in good faith and not for purposes of delay. No party will be prejudiced by the requested extension.

5. Accordingly, the parties stipulate and agree that the deadline for Defendants Curaleaf, Inc., and PT Nevada, Inc., to file and serve its reply in support of its Motion to Dismiss is extended to and including September 29, 2026.

This Stipulation is submitted pursuant to Local Rule IA 6-1 and Local Rule 7-1 of the United States District Court for the District of Nevada.

DATED this 14th day of September, 2026.

GREENBERG GROSS LLP

*/s/ Eric K. Lundy*

Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Eric K. Lundy
Nevada Bar No. 16921
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff Wren Kuhlmann*

DATED this 14th day of September, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Cayla J. Witty*

Cayla J. Witty
Nevada Bar No. 12897
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
*Attorneys for Defendants PT Nevada, Inc. and Curaleaf, Inc.*

**ORDER**

IT IS SO ORDERED.

Gloria M. Navarro, District Judge
United States District Court

DATED