Suzanne L. Martin, Esq.
Nevada Bar No. 8833
Cayla J. Witty, Esq.
Nevada Bar No. 12897
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
slmartin@littler.com
cwitty@littler.com

Attorney for Defendants
PT NEVADA, INC. AND CURALEAF, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WREN KUHLMANN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PT NEVADA, INC., a Delaware corporation; CURALEAF, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:26-cv-02057-GMN-DJA<br><br>**STIPULATION FOR SUBSTITUTION OF ATTORNEYS** |

Pursuant to Local Rule IA 11-6(c), Suzanne L. Martin, Esq. with the law firm of Littler Mendelson, P.C., hereby notifies this Court of the change of representation of Defendants, PT NEVADA, INC. AND CURALEAF, INC., for the above-captioned matter and hereby makes an appearance on its behalf. The law firm of Littler Mendelson, P.C. hereby substitutes in the place and stead of Ogletree Deakins as attorneys of record for Defendants.

In filing this notice, Defendants' current law firm of record, Ogletree Deakins, and Defendants' new law firm of record, Littler Mendelson, P.C., hereby consent to the aforementioned change of counsel in the above-entitled action.

Dated: September 22, 2026

*/s/ Anthony L. Martin, Esq.*
Anthony L. Martin, Esq.
OGLETREE DEAKINS

Defendant, PT NEVADA, INC. hereby consents to the law firm of Littler Mendelson, P.C. as its attorney of record in the above-entitled action in the place and stead of Ogletree Deakins.

Dated: September 18, 2026

*/s/ Michael Mauro, Esq.*
Michael Mauro, Esq.
VP, Assistant General Counsel

Defendant, CURALEAF, INC. hereby consents to the law firm of Littler Mendelson, P.C. as its attorney of record in the above-entitled action in the place and stead of Ogletree Deakins.

Dated: September 18, 2026

*/s/ Michael Mauro, Esq.*
Michael Mauro, Esq.
VP, Assistant General Counsel

I hereby consent to the above substitution.

Dated: September 22, 2026

*/s/ Suzanne L. Martin, Esq.*
Suzanne L. Martin, Esq.
Cayla J. Witty, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
PT NEVADA, INC. AND CURALEAF, INC.

**ORDER**

Having reviewed and approved the Stipulation for Substitution of Attorneys, **IT IS HEREBY GRANTED**.

Dated: September 23, 2026

Gloria M. Navarro, United States District Judge
UNITED STATES DISTRICT COURT



LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800